UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CHARLESETTA WILLIAMS             CIVIL ACTION NO. 21-cv-1987

VERSUS                           JUDGE FOOTE

BEN RAYMOND                      MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that this civil action be dismissed with prejudice for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __7th__ day of __September__, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE